AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MARRITTE FUNCHES,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-cv-00544-RCJ-VPC**

DEBRA BROOKS, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this complaint is DISMISSED WITH PREJUDICE, in its entirety, for failure to state a claim.


  12/9/2011       **LANCE S. WILSON**
    Clerk

    /s/ P. McDonald
    Deputy Clerk