**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARRITTE FUNCHES, | ) | 3:11-CV-0544-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 18, 2012 |
| | ) | |
| DEBRA BROOKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>    LISA MANN    </u>          REPORTER: <u>NONE APPEARING  </u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING                        </u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING                       </u>

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's motion for copies and change of address (#6) is **GRANTED**.  Plaintiff's address has been changed to #155850, Limon Correctional Facility, 49030 State Highway 71, Limon, CO 80826 pursuant to plaintiff's notice of change of address (#7).  The Clerk shall **SEND** to plaintiff a copy of the court's screening order (#3) and the judgment (#4).

     **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                     By:<u>                /s/                              </u>
                               Deputy Clerk